## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| GEORGE BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-CV-05031-RB |
| ) | |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

### **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, GEORGE BECKER, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esquire, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


DATED:  November 26, 2014             RESPECTFULLY SUBMITTED,


                                      By: _/s/ Michael A. Siddons_____
                                      Michael A. Siddons
                                      Attorney #89018
                                      The Law Firm of Michael Alan Siddons, Esquire
                                      16 West Front Street
                                      Media, PA 19063
                                      Tel: 484-614-6546
                                      msiddons@siddonslaw.com
                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 20, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Pau F. Labaki at paullabaki@peltanlaw.com

By: /s/Michael A. Siddons
Michael A. Siddons