UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| GEORGE BECKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-CV-05031-RB |
| NORTHSTAR LOCATION SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS

Plaintiff, GEORGE BECKER, and Defendant, NORTHSTAR LOCATION SERVICES, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,                    RESPECTFULLY SUBMITTED,

By:/s/ _Michael A. Siddons_____          By:/s/ _Michael T. Miano_____

    Michael A. Siddons                                     Michael T. Miano
    Attorney for Plaintiff                                    Attorney for Defendant
    George Becker                                             Northstar Location Services, LLC
    Attorney #89018                                           BAR ID NO. PA 315043
    The Law Firm of Michael Alan                              GORDON & REES LLP
    Siddons, Esquire                                          18 Columbia Turnpike
    16 West Front Street                                      Suite 220
    Media, PA 19063                                           Florham Park, NJ 07932
    Tel: 484-614-6546                                         Phone: (973) 549-2500
    msiddons@siddonslaw.com                                   Fax: (973) 377-1911
                                                              Email: mmiano@gordonrees.com

3/10/14

J.

## CERTIFICATE OF SERVICE

On March 10, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Michael T. Miano, at mmiano@gordonrees.com

By: /s/Michael A. Siddons
Michael A. Siddons